# EXHIBIT A



P.O. Box 989728
West Sacramento, CA 95798-9728





Rodney Hoggro



September 29, 2023

Dear Rodney Hoggro,

Prospect Medical Holdings, Inc. ("Prospect Medical") is committed to protecting the confidentiality and security of the information we maintain. We are writing to let you know about a data security incident that involved some of your information. This letter explains the incident, measures that have been taken, and some steps you can take in response.

On August 1, 2023, Prospect Medical learned of a data security incident that disrupted the operations of some of our IT systems. We immediately took steps to secure our systems, contain the incident, and notify law enforcement. Additionally, a third-party forensic firm to conduct an investigation.

Through our ongoing investigation, on September 13, 2023, we determined that an unauthorized party gained access to our IT network between the dates of July 31, 2023 and August 3, 2023. While in our IT network, the unauthorized party accessed and/or acquired files that contain information pertaining to certain Prospect Medical patients. Our investigation concluded that some of these files contained your information, such as your name, Social Security number, driver's license number, diagnosis information, lab results, prescription information, treatment information, health insurance information, claims information, medical record number and date of birth.

We are notifying you of this incident to assure you that we take it seriously. We have arranged for you to receive credit monitoring and identity protection services through the company IDX at no cost to you. These identity protection services include one-year of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. These services are completely free to you, and enrolling in this program will not hurt your credit score. **For more information on the services, including instructions on how to activate your complimentary one-year membership, please visit http://response.idx.us/prospectmedical or call 1-888-979-0012 or scan the QR image and use the Enrollment Code provided above. Please note the deadline to enroll is December 29, 2023.** For more information on identity protection as well as some additional steps you can take in response, please see the pages that follow this letter.

We deeply regret any inconvenience or concern this incident may cause and take this matter seriously. To help prevent something like this from happening again, we have implemented, and will continue to adopt, additional safeguards and technical security measures to further protect and monitor our systems. If you have any questions about this incident, please call 1-888-979-0012, Monday through Friday, 6:00 am – 6:00 pm, Pacific Time (excluding major U.S. holidays).

Sincerely,

Don Kreitz
SVP Southern California Hospitals