Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiff and the Proposed Class*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HOGGRO, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROSPECT MEDICAL HOLDINGS, INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-08331<br><br>**To be related to:**<br>1. 2:23-cv-08284<br>2. 2:23-cv-08312<br>3. 2:23-cv-08325<br>4. 8:23-cv-01869<br><br>**NOTICE OF RELATED CASES**<br>[Local Rule 83-1.3] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Local Rule 83-1.3, Plaintiff Rodney Hoggro ("Plaintiff") files the instant Notice of Related Cases. The following cases call for a determination of the same or substantially the same questions of law and fact and are likely to entail substantial duplication of court resources for each respective case. The related cases are:

1. ***Joshua Stradinger v. Prospect Medical Holdings, Inc.***, Central District of California Case No. 2:23-cv-08284. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 1**. At issue is Defendant's failure to properly secure Plaintiff's and other similarly situated individuals' names, mailing addresses, Social Security numbers, and tax identification numbers from cybercriminals.

2. ***Mario Robles v. Prospect Medical Holdings, Inc.***, Central District of California Case No. 2:23-cv-08312. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 2**. Please see the same facts in paragraph 1 above.

3. ***Laura Doverspike v. Prospect Medical Holdings, Inc.***, Central District of California Case No. 2:23-cv-08325. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 3**. Please see the same facts in paragraph 1 above.

4. ***Yolanda Boyle v. Prospect Medical Holdings, Inc.***, Central District of California Case No. 8:23-cv-01869. A copy of Plaintiff's Complaint is

attached hereto as **Exhibit 4**. Please see the same facts in paragraph 1 above.

## I. These Case Should be Related Because They Arise out of the Same Legal and Factual Issues.

The cases listed above all relate to addressing the same data breach as described in paragraph 1 above.

## II. In the Interests of Judicial Economy and Consistency, the Five Cases Listed Above Should be Related.

In light of the mostly identical legal issues presented in these cases by the attached Complaints, Plaintiff submits that litigating these cases separately will create a substantial duplication of judicial resources if heard by different judges. Moreover, such multiple litigation could result in inconsistent rulings in these cases despite them arising from the same underlying conduct by Defendant and despite them asserting similar or identical causes of action including Counts for Negligence, Negligence Per Se, Declaratory Judgment, Violations of the California Confidentiality of Medical Information Act ("CMIA"), Cal. Civ. Code § 56, *et seq.*, Violations of the California Customer Records Act ("CCRA") Cal. Civ. Code §§ 1798.80, *et seq.*, Violations of California's Unfair Competition Law ("UCL") Cal. Bus. & Prof. Code § 17200, *et seq.*, Invasion of Privacy, and Breach of Implied Contract.

Accordingly, these are related cases for the purposes of Local Rule 83-1.3.

Date: October 6, 2023      Respectfully Submitted,

*/s/ Daniel Srourian*
Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiff and the Proposed Class*